### BAUDUY v. MAIL & EXPRESS CO.

(Supreme Court, Appellate Division, First Department. February 6, 1914.)

APPEAL AND ERROR (§ 1003*)—REVIEW—VERDICTS.

  A judgment, based on a verdict clearly against the evidence, cannot be sustained on appeal.

  [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3938–3943; Dec. Dig. § 1003.*]

Appeal from Trial Term, New York County.

Action by Leonye Violet Bauduy against the Mail & Express Company. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Reversed and remanded.

See, also, 157 App. Div. 921, 142 N. Y. Supp. 1108.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Charles S. Mackenzie, of New York City, for appellant.

Ralph B. Ittelson, of New York City, for respondent.

PER CURIAM. The defendant pleaded justification. In view of the evidence adduced in support of this defense, the verdict was clearly against the evidence. On this ground the judgment and order should be reversed and a new trial ordered, with costs to appellant to abide the event.

---

### BAUDUY v. MAIL & EXPRESS CO.

(Supreme Court, Appellate Division, First Department. February 6, 1914.)

Appeal from Special Term, New York County.

Action by Leonye Violet Bauduy against the Mail & Express Company. From an order denying a motion for new trial, defendant appeals. Affirmed.

See, also, 157 App. Div. 921, 142 N. Y. Supp. 1108, 145 N. Y. Supp. 719.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, DOWLING, and HOTCHKISS, JJ.

Almuth C. Vandiver, of New York City, for appellant.

Ralph B. Ittelson, of New York City, for respondent.

PER CURIAM. The judgment having been reversed, the order appealed from, denying defendant's motion for a new trial on the ground of newly discovered evidence, will be affirmed, without costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes